76,439-01

1/30/2015

COURT OF CRIMINAL APPEALS
Louise Pearson, Clerk
P.O. Box 12308 CAPITOL STATION
Austin, Texas 78711

Re: [David Lee Wilson] TDCII-CID#1648044
Polunsk Unit
3872 FM 350 South
Livingston, Texas 77351

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk

Dear Mis. or Mrs. Pearson:

Would You Please tell me the Status of Cause No.# 23557 HL-1. Writ No# WR-76,439-01, recieved on 9/12/2011. Also would you Please Send me a copy, and a docket entry, of all Pleadings filed on the above-aforementional Cause.

Thank You for Your time on this matter.

Sincerely,
David Wilson
Petitioner Pro Se
David Lee Wilson